**SHEPARD v. BONITA VISTA PROPS., L.P.**

[363 N.C. 252 (2009)]

TAMITHA SHEPARD, BEATRICE PERRY, WILLIAM GMOSER, AND DEBRA ROSSETER v. BONITA VISTA PROPERTIES, L.P.; VICKIE L. SAFELY-SMITH, AS GENERAL PARTNER OF BONITA VISTA PROPERTIES, L.P.; VICKIE L. SAFELY-SMITH, TRUSTEE OF FVS TRUST, GENERAL PARTNER OF BONITA VISTA PROPERTIES, L.P.; AND VICKIE L. SAFELY-SMITH, INDIVIDUALLY

No. 404A08

(Filed 1 May 2009)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 191 N.C. App. ——, 664 S.E.2d 388 (2008), affirming in part and remanding in part a judgment entered on 5 April 2007 by Judge William C. McIlwain in District Court, Scotland County. Heard in the Supreme Court 24 February 2009.

*Kurtz and Blum, PLLC, by Timothy E. Wipperman, for plaintiff-appellees.*

*Van Camp, Meacham & Newman, PLLC, by Evelyn M. Savage, for defendant-appellants.*

PER CURIAM.

AFFIRMED.